**Guttilla Murphy Anderson**
**Ryan W. Anderson** (Ariz. No. 020974)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301
Attorneys for Eric M. Haley, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>James Chaffin,<br><br>Debtor. | Case No. 2:14-bk-04881-PS<br><br>Chapter 7<br><br>**NOTICE OF FILING MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019 BETWEEN TRUSTEE AND DEBTOR** |

**NOTICE IS HEREBY GIVEN** that the Chapter 7 trustee, Eric M. Haley ("Trustee"), has filed a *Motion to Approve Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019 Between Trustee and Debtor* ("Motion"), seeking approval of a settlement between the Trustee and James Chaffin. Pursuant to the terms of the settlement, James Chaffin shall pay $15,000.00 to Trustee, on behalf of the estate, in resolution of all issues relating to the Debtor's abandonment of two insolvent dental practices. A copy of the Motion can be obtained from Trustee's Attorney at the address given below upon request.

**NOTICE IS FURTHER GIVEN** that pursuant to Rule 2002, F. R. Bankr. Pro. and Rule 9013-1, Local R. Bankr. Pro. for the Dist. of Ariz., if no written objection to the Motion is filed with the Court and copy served upon Trustee's Counsel, Ryan W. Anderson, at Guttilla Murphy Anderson, 5415 E. High St., Ste. 200, Phoenix, Arizona, 85054 **WITHIN TWENTY-ONE (21) DAYS** of service of this Notice, the Motion may be granted without hearing, **OBJECTIONS** must be filed with the United States Bankruptcy Court, at 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1706.

If a party in interest timely objects to the Motion and requests a hearing, the matter will be placed on the calendar to be heard by the United States Bankruptcy Judge. Only those objecting and parties in interest will receive notice of hearing on the objections.

Dated this 10th day of November, 2014.   GUTTILLA MURPHY ANDERSON, P.C.

/s/ *Ryan W. Anderson*
Ryan W. Anderson
Attorneys for the Trustee

1937-001(196010)